UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT
USDA/RURAL DEVELOPMENT
2927.0106

In Re:

Sophia B. Robinson

Case No.: 17-28473

Adv. No.: _____

Chapter: 13

Hearing Date: 12/18/2018

Judge: Jerrold N. Poslusny Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Christian Del Toro,

   ☒ am the attorney for: USDA/Rural Development

   ☐ am self-represented

   Phone number: 973-473-3000

   Email address: cdeltoro@martonelaw.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Automatic Stay

   Current hearing date and time: 12/18/2018 at 10:00 am

   New date requested: 1/29/2019

   Reason for adjournment request: Debtor to be offered a reamortization plan. USDA is currently finalizing the plan to send to the Debtor.

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): _____

       _____

       _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/14/2018_____           _____
                                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted               New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2