Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  17–28473–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sophia B. Robinson
    128–B Willow Turn
    Mount Laurel, NJ 08054

Social Security No.:
    xxx–xx–3321

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28473-JNP
Sophia B. Robinson                                                        Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: Sep 27, 2019
                             Form ID: 148            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db              +Sophia B. Robinson,    128-B Willow Turn,    Mount Laurel, NJ 08054-3143
cr             ++USDA,    C O BONFRISCO LAW FIRM,    1522 ROUTE 38,    CHERRY HILL NJ 08002-2216
                (address filed with court:  USDA,    8000 Midlantic Drive,    Ste 500, 5th FL,
                Mt Laurel, NJ 08054)
517631462       +USD,   Agriculture, Rural Housing Service.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517150990       +EDI: ATLASACQU.COM Sep 28 2019 03:28:00     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517061773       +EDI: USDARHS.COM Sep 28 2019 03:33:00     Usda Rural  Development,    P O Box 66879,
                St Louis, MO 63166-6879
                                                                                            TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517260439*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517061772      ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                            TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
            Christian  Del Toro   on behalf of Creditor   USDA cdeltoro@martonelaw.com,   bky@martonelaw.com
            Frank J Martone   on behalf of Creditor   USDA bky@martonelaw.com
            Georgette  Miller   on behalf of Debtor Sophia B. Robinson info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
            tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
            Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
            Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Rebecca Ann Solarz   on behalf of Creditor   United States of America, United States Department
            of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7